PARISH & SMALL
A Professional Law Corporation
William H. Parish (State Bar No. 95913)
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

Attorneys for Plaintiff, AHCOM, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHCOM, LTD., <br> Plaintiff, <br> vs. <br> HENDRIK SMEDING, LETTIE SMEDING, and DOES 1-15, inclusive, <br> Defendants. | CASE NO. 3:07-CV-01139-~~MEJ~~ SC <br><br> **STIPULATION TO EXTEND DEADLINE FOR COMPLETING MEDIATION AND ORDER** |

The parties have stipulated to participate in mediation of this action. Pursuant to local rule mediation must be completed by October 12, 2007. After participating in a premeditation conference call with the mediator, Ellyn K. Lazarus, the parties believe that mediation is more likely to be successful if it is deferred until after completion of review of the defendant's financial information and depositions of the parties. Accordingly, the parties respectfully request that the court extend the deadline for completion of mediation for an additional 30 days, until November 12, 2007.

Dated: September 5, 2007

PARISH & SMALL
A Professional Law Corporation

By_____
WILLIAM H. PARISH
Attorneys for Plaintiff
AHCOM, LTD

---

1

STIP AND ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION         Our File No. 1-572-01

1  Dated: September 5, 2007                    BAKER, MANOCK & JENSEN

2

3                                              By _____
4                                                       JOHN G. MICHAEL
                                                       Attorneys for Defendants
5                                              HENDRIK SMEDING and LETTIE SMEDING

6

7

8

9                                      ORDER

10     Good cause appearing therefore, the court hereby extends the time in which mediation
    must be completed in this matter to and including November 12, 2007.
11

12

13  Dated: 9/7/07                              _____
                                               HONORABLE UNITED STATES
14                                             DISTRICT COURT JUDGE

                                               *IT IS SO ORDERED*
                                               Judge Samuel Conti

PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Blvd, Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250