John G. Michael  #106107

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendants HENDRIK SMEDING and LETTIE SMEDING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHCOM, LTD., | Case No. 3:07 CV 1139 SC |
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT, TO PROVIDE ALTERNATIVE BRIEFING SCHEDULE, AND ORDER THEREON |
| v. | |
| HENDRIK SMEDING, LETTIE SMEDING and DOES 1-15, inclusive, | |
| Defendants. | DATE: January 25, 2008<br>TIME: 10:00 a.m.<br>DEPT: 1<br>JUDGE: Hon. Samuel Conti |
| | TRIAL DATE: TBA |

Defendants' Motion for Summary Judgment is scheduled for hearing on January 25, 2008. Plaintiff filed its Opposition and a Cross-Motion for Summary Judgment on December 17, 2007, to be heard on the same date as Defendants' motion. These motions present complex issues relating to alter ego and the enforceability of foreign arbitral awards. In order to allow time for Defendants to file opposition to Plaintiff's motion and for Plaintiff to have time to file reply papers, the parties hereby stipulate, as follows:

1. The hearing on both Motions for Summary Judgment shall be continued for one week to February 1, 2008 at 10:00 a.m. in Department 1.

2. Defendants opposition to Plaintiff's Cross-Motion for Summary Judgment and

their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall both be filed and served no later than January 11, 2008.

3. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Cross Motion for Summary Judgment shall be filed and served no later than January 18, 208.

DATED: December 26, 2007.

BAKER, MANOCK & JENSEN

By /s/ John G. Michael
John G. Michael
Attorneys for Defendants HENDRIK SMEDING and LETTIE SMEDING

PARISH & SMALL

By /s/ William H. Parish
William H. Parish
Attorneys for Plaintiff Ahcom, Ltd.

ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Hearing 2-8-08

Dated: January 3, 2008

/s/ Samuel Conti
The Honorable Samuel Conti

@PFDesktop\::ODMA/MHODMA/DMS;DMS;581156;1
15862.10001

---
2
STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT, TO PROVIDE ALTERNATIVE BRIEFING SCHEDULE, AND ORDER THEREON