William H. Parish (State Bar No. 95913)
PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Boulevard, Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

Attorneys for Plaintiff
AHCOM, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHCOM, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HENDRIK SMEDING, LETTIE SMEDING and DOES 1 through 15, inclusive, <br><br> Defendants. | Case No. 3:07 CV 1139 SC <br><br> **JOINT REQUEST TO APPEAR BY TELEPHONE AT TRIAL SETTING CONFERENCE** <br><br> DATE: April 4, 2008 <br> TIME: 10:00 a.m. <br> ROOM: 1 <br> JUDGE: Hon. Samuel Conti |

This matter is presently scheduled for a trial setting conference for April 4, 2008 at 10:00 a.m., in Courtroom 1. Defendant's counsel is located in Fresno, California and Plaintiff's counsel is located in Stockton, California. Counsel jointly request that we they be allowed to appear by telephone at the trial setting conference of this matter in order to avoid extraordinary costs associated with traveling to San Francisco to personally appear at the conference.

Dated: March 21, 2008

PARISH & SMALL

By _/s/ William H. Parish_
    WILLIAM H. PARISH

BAKER, MANOCK & JENSEN. PC

By _/s/ John G. Michael_
    JOHN G. MICHAEL

- 1 -

JOINT REQUEST TO APPEAR BY TELEPHONE AT
TRIAL SETTING CONFERENCE                                         Our File No 1-572-01

## ORDER

It is ordered that the Joint Request to Appear by Telephone at Trial Setting Conference is granted.

Dated: March 25, 2008



DENIED
Judge Samuel Conti

PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

- 2 -

JOINT REQUEST TO APPEAR BY TELEPHONE AT
TRIAL SETTING CONFERENCE

Our File No 1-572-01