John G. Michael     #106107

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendants HENDRIK SMEDING and LETTIE SMEDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHCOM, LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>HENDRIK SMEDING, LETTIE SMEDING and DOES 1-15, inclusive,<br><br>      Defendants. | Case No. 3:07 CV 1139 SC<br><br>STIPULATION REGARDING BILL OF COSTS AND ORDER THEREON<br><br>JUDGE: Hon. Samuel Conti<br><br>TRIAL DATE: n/a |

It is hereby stipulated by and between Plaintiff AHCOM, LTD. and Defendants HENDRIK SMEDING and LETTIE SMEDING, by and through their respective attorneys of record, as follows:

1. The Bill of Costs filed by Defendants on May 4, 2009 shall be reduced by $1,653.90, so that the total costs claimed shall be the sum of $7,824.55.

2. The Bill of Costs, as amended herein, is approved and the amount thereon may

///

///

///

STIPULATION REGARDING BILL OF COSTS

1 | be entered as part of the judgment herein.

3 | DATED: May 11, 2009.

BAKER, MANOCK & JENSEN

By _____
John G. Michael
Attorneys for Defendants HENDRIK
SMEDING and LETTIE SMEDING

PARISH & SMALL

By _____
William H. Parish
Attorneys for Plaintiff Ahcom, Ltd.

ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: May 15, 2008

_____
The Honorable
Judge Samuel Conti

IT IS SO ORDERED

@PFDesktop\::ODMA/MHODMA/DMS;DMS;734628;1
15862.0001