IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHCOM, LTD., | ) Case No. 07-CV-1139 SC |
| Plaintiff, | ) <u>JUDGMENT</u> |
| v. | ) |
| HENDRIK SMEDING, LETTIE SMEDING, and DOES 1-15, inclusive, | ) |
| Defendants. | ) |

On August 8, 2011, the Court in the above-entitled action issued its Memorandum of Decision. ECF No. 135. In accordance with the Court's Memorandum of Decision, judgment is hereby entered in favor of Defendants Hendrik Smeding and Lettie Smeding and against Plaintiff Ahcom, Ltd. with respect to Plaintiff's claims for alter ego, confirmation of arbitration award, and breach of contract.

The Court ORDERS Defendants to pay Plaintiff $4500 as a monetary sanction for Defendants' failure to preserve the computer.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: August _8__, 2011

UNITED STATES DISTRICT JUDGE