IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHCOM, LTD., | ) Case No. 07-CV-1139 SC |
| Plaintiff, | ) ORDER RE: TRIAL EXHIBITS |
| v. | ) |
| HENDRIK SMEDING, LETTIE SMEDING, and DOES 1-15, inclusive, | ) |
| Defendants. | ) |

On August 8, 2011, the Court entered judgment in the above-entitled action. ECF No. 136. As the trial in this matter has now concluded, the parties are hereby ORDERED to pick up their exhibits from the Court within ten (10) days of this Order and retain the exhibits in their original form for appeal purposes.

IT IS SO ORDERED.

Dated: August 24, 2011

UNITED STATES DISTRICT JUDGE