PARISH & SMALL
A Professional Law Corporation
William H. Parish (State Bar No. 95913)
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

Attorneys for Plaintiff, AHCOM, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHCOM, LTD.,<br><br>                Plaintiff,<br>vs.<br><br>HENDRIK SMEDING and LETTIE SMEDING,<br><br>                Defendants. | CASE NO. 3:07-CV-01139-~~MEJ~~ SC<br><br>**STIPULATION REGARDING AWARD OF ATTORNEYS' FEES TO DEFENDANTS AND [~~PROPOSED~~] ORDER** |

The parties, by and through their respective counsel, hereby stipulate that the amount of attorneys' fees to be awarded to defendants shall be $256,451.50. The parties further request that the hearing on defendants' motion for award of attorneys' fees now scheduled for October 21, 2011 be vacated.

DATED: Septempber 28, 2011

BAKER, MANOCK & JENSEN, PC                    PARISH & SMALL
                                                                         A PROFESSIONAL LAW CORPORATION

By _____/s/_____                                    By _____/s/_____
JOHN G. MICHAEL                                             WILLIAM H. PARISH
Attorneys for Defendants                                    Attorneys for Plaintiff

1

STIPULATION FOR AWARD OF ATTORNEYS FEES

~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, Defendants are awarded attorneys' fees in the sum of $256,451.50. The hearing on Defendants' motion for award of attorneys' fees scheduled for October 21, 2011 is vacated.

DATED: September 29, 2011



_____
Honorable Samuel Conti
United States Judge Samuel Conti

IT IS SO ORDERED