PARISH & SMALL
A Professional Law Corporation
William H. Parish (State Bar No. 95913)
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

Attorneys for Plaintiff, AHCOM, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHCOM, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HENDRIK SMEDING and LETTIE SMEDING, <br><br> Defendants. | CASE NO. 3:07-CV-01139-~~MEJ~~ SC <br><br> **STIPULATION REGARDING AWARD OF ATTORNEYS' FEES TO DEFENDANTS AND [~~PROPOSED~~] ORDER** |

The parties, by and through their respective counsel, hereby stipulate that the amount of attorneys' fees to be awarded to defendants shall be $256,451.50. The parties further request that the hearing on defendants' motion for award of attorneys' fees now scheduled for October 21, 2011 be vacated.

DATED: Septempber 28, 2011

BAKER, MANOCK & JENSEN, PC

By _____
JOHN G. MICHAEL
Attorneys for Defendants

PARISH & SMALL
A PROFESSIONAL LAW CORPORATION

By _____
WILLIAM H. PARISH
Attorneys for Plaintiff

1

STIPULATION FOR AWARD OF ATTORNEYS FEES

~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, Defendants are awarded attorneys' fees in the sum of $256,451.50. The hearing on Defendants' motion for award of attorneys' fees scheduled for October 21, 2011 is vacated.

DATED:   September 29, 2011

_____
Honorable Samuel Conti
United States *[IT IS SO ORDERED — Judge Samuel Conti]*